IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.: 09-23005-CIV-KING/BANDSTRA

JANE DOE,

    Plaintiff,

v.

PRINCESS CRUISE LINES, LTD.
d/b/a PRINCESS CRUISES,
a foreign corporation,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF SETTLEMENT

    Defendant, Princess Cruise Lines, Ltd, by and through its undersigned counsel hereby notifies the Court that the parties in this matter have reached a confidential settlement and the parties anticipate that all settlement and dismissal documents will be completed within approximately the next thirty (30) days.

Dated: September 10, 2012
       Miami, Florida

                                              Respectfully submitted,

                                              BY: /s/ *Jeffrey B. Maltzman*
                                                        Jeffrey B. Maltzman, Esq.
                                                        Florida Bar No. 0048860

                                              **MALTZMAN & PARTNERS**
                                              *Attorneys for Defendant*
                                              55 Miracle Mile, Suite 320
                                              Coral Gables, Florida 33134
                                              Tel: (305) 779-5665/Fax: (305) 779-5664

<u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 10th day of September 2012. We also certify that the foregoing was served this day on all counsel or parties of record so identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

      */s/ Jeffrey B. Maltzman*
      **JEFFREY B. MALTZMAN**
      Florida Bar No. 0048860

**SERVICE LIST**

CASE NO.: 09-23005-CIV-KING

James M. Walker, Esq.
WALKER & O'NEILL, PA
Plaza 57, Suite 430
7301 S.W. 57 Court
S. Miami, FL  33143
Tel: 305-995-5300 / Fax: 305-995-5310

Phillip D. Parrish, Esq.
PHILLIP D. PARRISH, P.A.
Plaza 57, Suite 430
7301 S.W. 57 Court
S. Miami, FL 33143
Tel. 305-995-5300 / Fax. 305-995-5310
*Attorneys for Plaintiff*

Jeffrey B. Maltzman, Esq.
Steve Holman, Esq.
MALTZMAN & PARTNERS, PA
55 Miracle Mile, Suite 320
Coral Gables, Florida 33134
Tel: 305-779-5665/ Fax: 305-779-5664
*Attorneys for Defendant*