UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-23005-CIV-KING

JANE DOE,

    Plaintiff,

v.

PRINCESS CRUISE LINES, LTD.,
d/b/a PRINCESS CRUISES,
a foreign corporation,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court on the Defendant's Notice of Settlement (D.E. #155) filed September 10, 2012, advising the Court that the above-styled case had settled. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED. The Court retains jurisdiction to enforce the terms of the settlement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **December 14, 2012** and the **Trial** previously set for **February 25, 2013** are hereby CANCELED.

4. The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 11th day of September, 2012.

                                                                */s/ James Lawrence King*
                                                                JAMES LAWRENCE KING
                                                                UNITED STATES DISTRICT JUDGE

cc:    ***Counsel for Plaintiff:***
        James M. Walker, Esq.
        WALKER & O'NEILL, P.A.
        Plaza 57, Suite 430
        7301 S.W. 57th Court
        South Miami, FL 33143

        Phillip D. Parrish, Esq.
        PHILLIP D. PARRISH, P.A.
        Plaza 57, Suite 430
        7301 S.W. 57th Court
        South Miami, FL 33143

    ***Counsel for Defendant:***
        Jeffrey B. Maltzman, Esq.
        Steve Holman, Esq.
        MALTZMAN FOREMAN, P.A.
        55 Miracle Mile, Suite 320
        Coral Gables, FL 33134