UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-23005-CIV-KING

JANE DOE,

    Plaintiff,

v.

PRINCESS CRUISE LINES, LTD.
d/b/a PRINCESS CRUISES,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come before the Court on the parties' Joint Stipulation for Dismissal With Prejudice, and the Court having reviewed the file and being advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

The parties' Joint Stipulation for Dismissal is hereby approved and the above-styled action is dismissed in its entirety with prejudice, each party to bear its own attorneys' fees and costs. The Court reserves jurisdiction to enforce the terms of the settlement agreement.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 15th day of October 2012.

                                            JAMES LAWRENCE KING
                                            UNITED STATES DISTRICT JUDGE

**Cc: All Counsel of Record**